ORIGINAL

# CV 12    5753

Ross-ddl

Complaint    Phone# (347) 742-1445

11-14-12

United States District Court
Eastern District of New York

Cadman Plaza PO
PO Box 22886
Bklyn, NY
11201

★ Jury Trial Demanded

ROSS, J.

BLOOM, M.J.

RECEIVED
NOV 14 2012
PRO SE OFFICE

Richard Richardson
Plaintiff

- Against -

The New York City Police Dept.
OR the New York City Transit Police Dept
Officer OR Det. John Doe.

## Complaint

On Sunday 11-11-12 (Veterans day) at approximately 7:45 pm in (Brooklyn) the subway Station BoroHall on the Downtown side Platform I the Plaintiff was sitting on the bench when an #4 train pull into the station. as the train doors open about 3 or 4 cars from the front of train alot of riders got off the train and I also notice Officer OR Det. John Doe who also got off the train with the riders. Every riders pass by me why I was sitting down on the bench except the John Doe or Det. John Doe who stop right in front of me and said to the Plaintiff this anit no living room what train you waiting for. I Plaintiff response back with no train. he John

Page #2

CONT'D    11-14-12

then respond back to Plaintiff by saying he would wait with me for an train to pull into the station to put me on. I Plaintiff then ask Officer John Doe or Det. John Doe was he "angry" with someone and which he didn't said or respond back to my question, but I did notice Officer John Doe or Det. Doe smell real strong of "Alcohol" and now standing beside me on my left side I notice he was rocking off balance sometimes and looking right in front of him at all the riders waiting for the uptown train to pull into the station and which it did and once the uptown train left the station Officer John Doe or Det. John Doe grab me by my black sweatshirt hood under my black jacket right out of my seat from the bench with powerfull force and start dragging me down the platform with my black bag in my right hand and the sametime he dragging me he is also saying get the F___K out of my station I am tired of you no good homeless mother F____R toward the station exit for the streets past 6 poles on the platform up the 18 steps once to the top of steps I said to John Doe my leg and which I fell down, he picks me up with force again

Cont'D                                    PAGE-3

11-14-12

by my black Hood and Stunt dragging me again up the last 18 steps to the top on the out side on to the street once out side officer John Doe or Det John Doe make an Right turn by running some Down Jerlmont Street and then make an right turn going down Boerum Place toward livengston Street and which he stop running but is walking real fast not one time did he look back. at this time I dial 911 on my cell Phone to report the Incident. 911 told me to hold on and which I did at this time IAB took down Complanit and gave me IAB Complanit # 12-58899 and ask me were I was at now I told them they said some one on the way but no one show after I waiting like 25 mins. but an NYP Atrol car did come by and Just Sat there we both just looking at each other at this time I did turn off my cell Phone and made my way over to KCH Hospteil visit # 1851649-12 met # 1851649. but dicn't stay to see the doctor, because the staff was showing no respect toward me. on next day I went to Beth Isreal Hospteil Brooklyn ny. the John Doe officer or Det. John Doe was an latino Looking male about early 50 or late 40 about

Page # 4

Cont'D          11-14-12

5"11 or 5"9 approximately 200 pounds with short straight black hair. In A class NYPD issues with an Det Shield gold and blue with no name tag did have dept 9mm weapon and radio. I Plaintiff Do know who the Officer is because I seen him on that post on the uptown side of platform and he once exchange words with me. and the 911 dispatch who los me in. ID # is 1409. the reason I ask United States District court eastern district to hear complaint is because my rights was Violate because I had every right to be sitting on that bench and which it was an public place the John Doe or Det John doe is an NYPD or NYC transit police officer or Det and plus I got injury and hurt by officer dragging me down the platform so I Plaintiff ask court to help and ID the John Doe and award me two million dollars in words and number $2000,000. One million for my civil right Violation and one million for my Right Hip, neck, and right leg I sub tain by John Doe force.

Respectfully Submitted
R. Richardson
11-14-12